UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN STEVEN OLAUSEN,<br><br>Petitioner,<br>v.<br><br>ISIDRO BACA, et al.,<br><br>Respondents. | Case No. 3:15-cv-00525-MMD-VPC<br><br>ORDER |

This closed action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner.

By order filed October 21, 2015, the Court dismissed this action without prejudice because petitioner failed to submit a proper application to proceed *in forma pauperis*. (ECF No. 4.) Judgment was entered on October 21, 2015. (ECF No. 5.)

On November 24, 2015, the Court granted petitioner's motion for relief from the order dismissing his case because of his failure to submit a proper *in forma pauperis* application. (ECF No. 8.) In the same order, the Court dismissed this case as a successive petition. Judgment was entered on November 24, 2015. (ECF No. 9.) Petitioner then filed a motion seeking reconsideration of the Court's order of November 24, 2015. (ECF No. 10.) The Court denied petitioner's motion for reconsideration on September 7, 2016. (ECF No. 12.)

Petitioner has filed a second motion for reconsideration. (ECF No. 14.) Plaintiff cannot continue to file motions asking for reconsideration. Accordingly, Plaintiff's motion for relief from judgment (ECF No. 14) is denied. Plaintiff's motion for judicial notice and to be heard (ECF No. 21) is denied as moot.

It is further ordered that, because reasonable jurists would not find the dismissal of a successive petition to be debatable or wrong, a certificate of appealability is denied.

DATED THIS 29th day of September 2017.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE