UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JOHN STEVEN OLAUSEN,

Petitioner,

v.

ISIDRO BACA, *et al.*,

Respondents.

Case No. 3:15-cv-00525-MMD-VPC

ORDER

Before the Court is Petitioner's motion for leave to file an amended petition and the amended petition itself. (ECF Nos. 29, 30.) The Court dismissed the Petition on November 24, 2015, on the grounds that it was second or successive and thus the Court lacked jurisdiction to consider it. (ECF No. 8.) The Court denied a certificate of appealability and subsequent motions by Petitioner for reconsideration and for relief from judgment. (*See* ECF Nos. 8, 12, 22.) The Court denied Petitioner's most recent motion for relief under Federal Rule of Civil Procedure 60(b) on September 29, 2017, and a certificate of appealability has been denied for Petitioner's appeal of that decision by both this Court and the Ninth Circuit. (*See* ECF Nos. 22, 26.)

Petitioner may not amend a petition that has been dismissed. On that ground alone, the motion for leave to amend will be denied. To the extent Petitioner's motion may be construed as a motion for relief from judgment, the motion is also denied, for all the reasons set forth in the Court's prior orders.

///

///

It is therefore ordered that Petitioner's motion for leave to amend (ECF No. 30) is denied. The Clerk is instructed to strike the amended petition filed on December 18, 2017. (ECF No. 29.)

It is further ordered that Petitioner must not file any more documents in this closed case.

It is further ordered that Petitioner is denied a certificate of appealability, as jurists of reason would not find the Court's decision to be debatable or wrong.

DATED THIS 14th day of May 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE